# Court of Appeals
# of the State of Georgia

ATLANTA, __October 20, 2014__

*The Court of Appeals hereby passes the following order:*

## A15A0304. NOKIA CRANE v. THE GEORGIA DEPARTMENT OF HUMAN SERVICES EX REL., YASMINE CRANE et al.

The Georgia Department of Human Services brought an action against Nokia Crane, seeking an upward modification of child support and to collect past-due child support. The superior court entered an order against Crane, and Crane filed this direct appeal from that order. We, however, lack jurisdiction.

This case involves the collection of child support, and therefore it is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2). See *Collins v. Davis*, 318 Ga. App. 265, 266 (1) (733 SE2d 798) (2012); *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426 (731 SE2d 110) (2012). Appeals in such matters must be taken by application for discretionary appeal. See *Booker*, supra. Crane's failure to follow the appropriate appellate procedure deprives us of jurisdiction to consider his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/20/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*